FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
    v.                     )   3:12-CR-139-HDM-(WGC)
                           )
KEVIN REID FARMER,         )
                           )
        Defendant.         )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 19, 2013, defendant KEVIN REID FARMER pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1.

This Court finds defendant KEVIN REID FARMER agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant KEVIN REID FARMER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1.    Harrington and Richardson .410 shotgun, serial number AX403695; and

    2.    any and all ammunition ("property").

. . .

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   KEVIN REID FARMER in the aforementioned property is forfeited and is vested in the United
7   States of America and shall be safely held by the United States of America until further order of
8   the Court.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12  the time under the applicable statute when a petition contesting the forfeiture must be filed, and
13  state the name and contact information for the government attorney to be served with the petition,
14  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
17  Virginia Street, 3rd Floor, Reno, NV 89501.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
19  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
20  following address at the time of filing:

21  Greg Addington
    Assistant United States Attorney
22  100 West Liberty Street, Suite 600
    Reno, NV 89501
23  . . .
24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 20th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE