1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,              )
                                         )
9              Plaintiff,                 )
                                         )
10     v.                                 )     3:12-CR-139-HDM-(WGC)
                                         )
11  KEVIN REID FARMER,                    )
                                         )
12             Defendant.                 )
   _____       )

13
14

## FINAL ORDER OF FORFEITURE

15       On March 20, 2013, the United States District Court for the District of Nevada entered a

16  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

17  Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of

18  guilty by defendant KEVIN REID FARMER to the criminal offense, forfeiting specific property

19  alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to

20  which defendant KEVIN REID FARMER pled guilty. Indictment, ECF No. 1; Preliminary Order of

21  Forfeiture, ECF No. 22.

22       This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from April 6, 2013, through May 5, 2013, notifying all third parties of their right to petition the Court.

25  Notice of Filing Proof of Publication, ECF No. 28.

26  . . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      1.    Harrington and Richardson .410 shotgun, serial number AX403695; and

      2.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of June, 2013.


_Howard D. McKibben_

UNITED STATES DISTRICT JUDGE